UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate's Docket Number: |
| | ) | |
| VS | ) | 04-0585 BMK |
| | ) | |
| Dennis Alexio | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 3 2004

at 3 o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

AFFIDAVIT

Before the Honorable Barry M. Kurren, United States Magistrate, District of Hawaii, at Honolulu, Hawaii.

The undersigned deponent being first duly sworn, deposes and says:

That he is a Deputy with the United States Marshals Service and based on a copy of an Arrest Warrant and a copy of a Indictment and Superceding Indictment (attachment A, B and C), which he received on August 16, 2004, he believes probable cause exist for the arrest and temporary commitment of the above named defendant Dennis Alexio.

Glenn D. Ferriera
Deputy United States Marshal

Sworn to and subscribed before me this the 23rd day of August, 2004.

Barry M. Kurren
United States Magistrate

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

DENNIS ALEXIO

WARRANT FOR ARREST

Case Number: CR 03-169 FMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Dennis Alexio__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  () Complaint
(X) Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with Pretrial Release Violation

in violation of Title __18__ United States Code, Section(s) __3142, 3148__

| Valerie Hicks | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |

| _[signature]_ | 7/7/2004, San Francisco, California |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by __Judge Fern M. Smith__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

KEVIN V. RYAN (CSBN 118321)
United States Attorney

ORIGINAL FILED

JUN 3 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DENNIS ALEXIO, <br> Defendant. | No. CR 03 0169 <br><br> VIOLATION: <br><br> 18 U.S.C. § 228(a)(3) – Failure to Pay Legal Child Support Obligation <br><br> SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

Commencing on or about April 1, 1999, and continuing to the date of this indictment, in the Northern District of California and elsewhere, the defendant

DENNIS ALEXIO

who resides in the State of Hawaii, did willfully fail to pay a support obligation with respect to a child who resides in another State, specifically the State of California, which obligation has remained unpaid for a period longer than 2 years and is greater than $10,000,

////

INDICTMENT

1  all in violation of Title 18, United States Code, Section 228(a)(3).
2  DATED:                                          A TRUE BILL.
3
4
5                                          _____
6                                          FOREPERSON
7
8  KEVIN V. RYAN
   United States Attorney
9
10
11
12 
   CHARLES B. BURCH
13 Chief, Criminal Division
14 (Approved as to form: _____
15                       AUSA Lacey
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

FILED
03 JUL -1 PM 3:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 03-169 MHC |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) 18 U.S.C. § 228(a)(3) – Failure to Pay Legal Child Support Obligation; 18 U.S.C. § 1344(2) – Bank Fraud |
| DENNIS ALEXIO, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 228(a)(3) – Failure to Pay Legal Child Support Obligation)

Commencing on or about April 1, 1999, and continuing to the date of this superseding indictment, in the Northern District of California and elsewhere, the defendant

DENNIS ALEXIO

who resides in the State of Hawaii, did willfully fail to pay a support obligation with respect to a child who resides in another State, specifically the State of California, which obligation has remained unpaid for a period longer than 2 years and is greater than $10,000,

SUPERSEDING INDICTMENT

1 all in violation of Title 18, United States Code, Section 228(a)(3).

2

3 COUNT TWO AND THREE: (18 U.S.C. § 1344(2) – Bank Fraud)

4 1. On or about November 4, 2002, and continuing to on or about November 12, 2002, in the
5 Northern District of California and elsewhere, the defendant

6 DENNIS ALEXIO

7 did knowingly and intentionally attempt to execute a scheme and artifice to obtain moneys, funds,
8 credits, assets, securities, or other property owned by or under the custody or control of Bank of
9 America, a federally-insured financial institution, by means of false or fraudulent pretenses,
10 representations or promises.

11 2. As part of this attempted scheme and artifice to defraud, defendant transmitted two checks
12 dated November 4, 2002. Both checks were drawn on Bank of America Account No. 04416-
13 14309, an account which had been closed by Bank of America as of April 21, 1995, with an
14 overdrawn balance of $2,788.71. Both checks were made payable to "Mary Hyams, Dept. of
15 Child Support Services" and are summarized below:

| COUNT | AMOUNT | CHECK NUMBER/BANK/ACCOUNT NUMBER |
|---|---|---|
| TWO | $26,917.26 | Check No. 1503, Bank of America Account No. 04416-14309 |
| THREE | $1,823.81 | Check No. 1504, Bank of America Account No. 04416-14309 |

21 3. These checks were ostensibly provided by defendant DENNIS ALEXIO to pay all or part
22 of his child support obligation then owed to Marin County, California, located within the
23 Northern District of California. Marin County Child Support Division proceeded to deposit the
24 aforesaid checks, totaling $28,741.07, for payment.
25 4. On or about November 12, 2002, the aforesaid checks were returned to Marin County
26 Child Support Division. Both checks bore the stamp "Unable to Locate." Neither check was
27 honored by Bank of America and no money was received by Marin County Child Support
28 Division in satisfaction of defendant DENNIS ALEXIO's child support obligation, all in

SUPERSEDING INDICTMENT

1 | violation of Title 18, United States Code, Section 1344(2).
2 |
3 | DATED:          A TRUE BILL.
4 |
5 |
6 |            *G. M. Rose*
7 |            FOREPERSON
8 |
9 | KEVIN V. RYAN
10 | United States Attorney
11 |
12 |
13 |
14 | CHARLES B. BURCH
     Chief, Criminal Division
15 | (Approved as to form: _____
16 |            AUSA Lucey
...
28 |

SUPERSEDING INDICTMENT