ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 3 2004

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>              Plaintiff,  )<br><br>     vs.  )<br><br>DENNIS ALEXIO,  )<br><br>              Defendant.  ) | MAG. NO. 04-0585<br><br>MOTION TO DETAIN DEFENDANT<br>WITHOUT BAIL |

### MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain defendant
without bail, pursuant to 18 U.S.C. Section 3142.

1.  Eligibility of Case.  This defendant is eligible
for detention because the case involves (check all that apply):

         _____ a.  Offense committed on release pending
                   felony trial (3142(d)(1)(A)(i))*

         _____ b.  Offense committed on release pending
                   imposition, execution, or appeal of
                   sentence, conviction or completion of
                   sentence (3142(d)(1)(A)(ii))*

         _____ c.  Offense committed while on probation or
                   parole (3142(d)(1)(A)(iii))*



_____ d.   A citizen of a foreign country or
           unlawfully admitted person
           (3142(d)(1)(B))*

_____ e.   Crime of violence (3142(f)(1)(A))

_____ f.   Maximum sentence life imprisonment or
           death (3142(f)(1)(B))

_____ g.   10+ year drug offense (3142(f)(1)(C))

_____ h.   Felony, with two prior convictions in
           above categories (3142(f)(1)(D))

__X__ i.   Serious risk defendant will flee
           (3142(f)(2)(A))

_____ j.   Danger to other person or community **

_____ k.   Serious risk obstruction of justice
           (3142(f)(2)(B))

_____ l.   Serious risk threat, injury,
           intimidation of prospective witness or
           juror (3142(f)(2)(B))

*   requires "i" or "j" additionally

** requires "a", "b", "c", or "d" additionally

2.   <u>Reason for Detention</u>.  The court should detain
defendant (check all that apply):

__X__ a.   Because there is no condition or
           combination of conditions of release
           which will reasonably assure defendant's
           appearance as required (3142(e))

_____ b.   Because there is no condition or
           combination of conditions of release
           which will reasonably assure the safety
           of any other person and the community
           (3142(e))

_____ c.   Pending notification of appropriate
           court or official (not more than 10
           working days (3142(d))

3.   <u>Rebuttable Presumption</u>.  The United States
(~~will~~/will not) invoke the rebuttable presumption against

2

defendant under Section 3142(e).  If invoked, the presumption applies because (check all that apply):

    \_\_\_\_ a.    Probable cause to believe defendant committed 10+ year drug offense

    \_\_\_\_ b.    Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

    \_\_\_\_ c.    Previous conviction for eligible offense committed while on pretrial bond

4.    <u>Time for Detention Hearing</u>.  The United States requests that the court conduct the detention hearing:

    \_\_\_\_ a.    At first appearance

    X  b.    After continuance of  3  days (not more than 3)

5.    <u>Rule 40 Cases</u>.  The United States requests that the detention hearing be held:

    \_\_\_\_ a.    In the District of Hawaii

    X  b.    In the District where charges were filed

6.    <u>Other Matters</u>.

DATED:    _August 23, 2004_    , at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

    By_____
          LAWRENCE L. TONG
          Assistant U.S. Attorney