# MINUTES

```
                                              FILED IN THE
                                         UNITED STATES DISTRICT COURT
                                            DISTRICT OF HAWAII
                                            08/23/2004 4:30 PM
                                         WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:** MA 04-0585BMK

**CASE NAME:** USA vs. Dennis Alexio

**ATTYS FOR PLA:** Lawrence Tong

**ATTYS FOR DEF:** Donna Gray

**INTERPRETER:**

---

**JUDGE:** JUDGE BARRY M. KURREN          **REPORTER:** C6 CD 10

**DATE:** 08/23/2004                      **TIME:** 3:45 - 3:52

                                          **ROOM:** COURTROOM 6

---

**COURT ACTION:** EP

Initial Appearance - deft present in custody.
Deft advised of right to counsel.
Deft appeared pro se.
Court appointed AFPD Donna Gray provisionally.

Detention/Identity Hearing set for 08/26/2004 03:00:00 PM before BMK. ✓

Deft remanded to custody of marshal.

Submitted by: Richlyn Young, Courtroom Manager

Created: 08/23/2004 04:01:55 PM                       Document: 57715073