**Richlyn Young**/HID/09/USCOURTS
08/25/2004 01:39 PM

To   HIDml_CR Notice Group,
cc
bcc
Subject  MA 04-0585BMK USA v. Dennis Alexio

Detention/Identity Hearing as to Dennis Alexio set for 8-26-04 @ 3 p.m. is moved to 3:30 p.m. the same day before BMK.

AUSA:  Lawrence Tong
Deft's counsel:  Donna Gray

Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH:  (808) 541-3090

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 5 2004

at ___ o'clock and ___ min. ___M
WALTER A. Y. H. CHINN, CLERK
```