# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
08/26/2004 4:30 PM
WALTER A.Y.H. CHINN, CLERK

**CASE NUMBER:** MA 04-0585BMK

**CASE NAME:** USA vs. Dennis Alexio

**ATTYS FOR PLA:** Lawrence Tong

**ATTYS FOR DEF:** Donna Gray

**INTERPRETER:**

---

**JUDGE:** JUDGE BARRY M. KURREN

**REPORTER:** C6 CD 10

**DATE:** 08/26/2004

**TIME:** 3:39 - 3:53

**ROOM:** COURTROOM 6

---

**COURT ACTION:** EP

Detention/Identity Hearing - deft present in custody.
Deft chose not to submit a Financial Affidavit.
AFPD Donna Gray appointed for today's proceedings.

Identity Hearing:
CST: Steve Li.
Exhibits 1, 2, and 3 (photos of deft) admitted and attached to this minute.
Deft submitted an Affidavit for the court's review (attached to this minute).
Court finds that identity has been established.

M/Detain GRANTED. Deft found to be flight risk.
Deft to be remanded to marshal to be taken to N/D CA for further proceedings.
Tong to prepare order.

Submitted by: Richlyn Young, Courtroom Manager

ma 04-585 BMK

GOVERNMENT EXHIBIT 1



Ma 04-585 BMK

USMS Number: 93052011
ORI: CAUSM0400

Date of Arrest: 05 / 21 / 2003
FBI Number:

Last Name: ALEXIO
First Name: DENNIS
Middle Name: RAYMOND

Sex: M
Race Code: W
DOB: 03 / 12 / 1959

Height: 5 FT 11 IN
Weight: 210 LBS

Eye Color: BRO
Hair Color: BLK

View: Front

Date Taken: 05 / 21 / 2003



View: Side R

Date Taken: 05 / 21 / 2003



GOVERNMENT EXHIBIT 2

LIMITED OFFICIAL USE




United States Marshals Service
LIMITED OFFICIAL USE
Central Locator Report for ALEXIO, DENNIS (USMS 93052011)


9/10/2003


9/10/2003

## Prisoner Information

USMS Number : 93052011
District : d011
First Name : DENNIS
Middle Name : RAYMOND
Last Name : ALEXIO
SSN : 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
FBI# :
Alien :
Citizen Code : US
Last Updated : 07/27/2004

City : CASTROVALLEY
State : CALIFORNIA
Sex : Male
Race : White
Eyes : BROWN
Hair : BLACK
Height : 5'11"
Weight : 210
Date of Birth : 03/12/1959

## Facility Information

| Facility Code | Admit Date | Release Date |
|---|---|---|
| BND | 11/04/2003 | |

GOVERNMENT EXHIBIT 3

STATE OF Hawaii )
)SS.
COUNTY OF Honolulu )

On this 25th day of August, 2004, before me personally appeared Dennis Raymond Alexio to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged hat he/she/they executed the same as his/her/their free act and deed.

WITNESS my hand and official seal.

Carrie E.K. Cervantes
Carrie E.K. Cervantes
Comm. Exp. 08/25/2006

Federal Detention Center Honolulu
Government Notary 838-4200

**COMMERCIAL**
**A F F I D A V I T**

I, Dennis Raymond Alexio,am a living breathing flesh and blood man.

I am **not** a corporation, legal fiction, strawman, persona designata, nome de guerre, or en legis.

I do not owe my existance to the construct of law.

I move and have my being through Iesus, the Christ.

I am an honorable man coming with clean hands in truth and righteousness.

I am **not** a surety or **accomodation party** for **DENNIS ALEXIO.**

I have the superior claim, and perfected security interest on **DENNIS ALEXIO.**

I am an injured, interested third party intervenor in this case # 03-169 mmc/Fms.

I am here out of NECESSITY, to protect my interest.

My Word is my Bond.

I am the authorized representative, owner and secured party for **DENNIS ALEXIO.**

Any man, as well as any women, who intends on rebutting this **Affidavit,** of Dennis Raymond Alexio, shall do so in the manner of this **Affidavit,** by signing any such **Affidavit,** using Christian name/baptismal name, name given at birth, given in upper-and-lower case format, not set in all capital letters, being fully liable, living, breathing man/woman responsible for everything that such man/woman does, **Affidavit** must be rebutted point for point.

The undersigned Dennis Raymond Alexio, secured party, authorized representative does here swear, declare and affirm that Dennis Raymond Alexio can competently state the matters set forth, that the above statements are true, correct, and complete, and certain, not misleading, the truth, the whole truth, and nothing but the truth in accordance with Dennis Raymond Alexio's best first knowledge, and understanding.

Dated this twenty fifth day of the month of August in the year of our lord Iesus the Christ Two Thousand and Four (25 August AD2004).

refer to attachment for
witness notary .Ce

D. Raymond Alexio UCC 3-402 b1
by Dennis Raymond Alexio
Authorized Representative,

witness

witness