Appointment Fiduciary Debtor

ORIGINAL

Dennis Raymond Alexio
99-814 Meeala Street
Aiea, Hawaii [96701]

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 02 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

in the district court for the United States

for the Hawaii District

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | ) ) ) ) | **in Admiralty**<br>Case No.: MAG 04-0-0585 BMK<br><br>COMMERCIAL NOTICE |
| v. | ) ) ) | APPOINTMENT OF<br>FIDUCIARY DEBTOR |
| DENNIS RAYMOND ALEXIO<br>    Defendant | ) ) ) |  |
| Dennis Raymond Alexio, agent, lawful man,)<br>Creditor, injured third party intervenor  ) | | **THREE JUDGE COURT**<br>**hearing requested** |

### COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY DEBTOR

COMES NOW Dennis Raymond Alexio, a Real Party in Interest, who is neutral in the public, making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8), who is unschooled in law and notices the court of enunciation of principles as stated in *Haines v. Kerner,* 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

## Appointment of Fiduciary

I, *Dennis Raymond Alexio©*, **"Third Party Interest Intervenor,"** having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as DENNIS R. ALEXIO©, a.k.a. DENNIS RAYMOND ALEXIO© or any alphabetical or numerical variation thereof, a.k.a. (Debtor), nunc pro tunc the third month, twelfth day, nineteen hundred and fifty nine C.E., said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and

Appointment Fiduciary Debtor

cannot achieve parity with real people. Therefore I, *Dennis Raymond Alexio©*, "Third Party Interest Intervenor," hereby nominate and do appoint **Donna Gray, a/k/a DONNA GRAY, FEDERAL DEFENDER** as being qualified to fulfill the position of **"Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by the **People of the Territory of Hawaii**, through their original Organic Constitution of **Hawaii state.**

Whereas, said fiduciary debtor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of *Dennis Raymond Alexio©*, **"Third Party Interest Intervenor,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred (Debtor) in all-capital-letter-assemblages, the same shall be by order of *Dennis Raymond Alexio©*, **"Third Party Interest Intervenor"** or other delegated or appointee of *Dennis Raymond Alexio©*, **"Third Party Interest Intervenor,"** including assignments for or on behalf of the principal (Debtor), **DENNIS RAYMOND ALEXIO©**, including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

**Fiduciary Debtor, Donna Gray, a/k/a DONNA GRAY, an attorney**, is hereby authorized to use the private exemption of *Dennis Raymond Alexio©*, i.e. DENNIS RAYMOND ALEXIO, 545371604, for the adjustment and set-off of this instant matter, Case No.: MAG 04-0585 BMK, which is Accepted For Value, and Returned for Settlement. Fiduciary Debtor is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. Dennis Raymond Alexio© reserves the right to audit all records and activities of Fiduciary Debtor to maintain good faith.

I, *Dennis Raymond Alexio©*, "Third Party Interest Intervenor" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without United States.

_____
*Dennis Raymond Alexio©*, **Third Party Interest Intervenor**, Secured Party, Authorized Agent For:
DENNIS RAYMOND ALEXIO© (ens legis)
c/o 99-814 Meeala Street
Aiea, Hawaii [96701]

_____     _____
rt. thumb print                    date

Dennis Raymond Alexio                     Page 2 of 3

Appointment Fiduciary Debtor

PROOF OF SERVICE

PROOF OF SERVICE

I hereby certify that the foregoing COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY DEBTOR was served upon all parties listed below via United States Postal Service Registered Mail No. RB 828 297 546 US, RB 828 297 550 US and filed with the clerk of the District Court on this 2nd day of Sept. 2004.

_____
Dennis Raymond Alexio©

PARTIES

Clerk of the Court

DONNA GRAY
PUBLIC DEFENDERS OFFICE
1130 N. Nimitz Hwy., # A254
Honolulu, Hawaii 96817

LAWRENCE TONG
PROSECUTING ATTORNEY
1060 Richard Street, 10th Floor
Honolulu, Hawaii 96813

Dennis Raymond Alexio          Page 3 of 3