Dennis Raymond Alexio™©
c/o 99-814 Meeala Street
Aiea, Hawaii [96701]

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 02 2004

at 10 o'clock and 10 min. A__
WALTER A.Y.H. CHINN, CLERK

In the District Court of the United States

for the Hawaii District

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: MAG 04-0585 BMK |
| Plaintiff/s | **NOTICE OF LODGEMENT OF COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY DEBTOR AND COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY CREDITOR, BY** Dennis Raymond Alexio™© by Special Visitation [Special Appearance] |
| vs. | |
| DENNIS RAYMOND ALEXIO | |
| Defendant | |

Comes now Dennis Raymond Alexio™©, Sui Juris, by special visitation, who is unschooled in law and asks that the court take Judicial Notice of the enunciation of principles as stated in *Haines v. Kerner,* 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather then the form, including the related documents attached therewith, the "Petition" in the above referenced case.

August 31, AD2004

Respectfully submitted,

*Dennis Raymond Alexio*

Dennis Raymond Alexio

Form LOU-071003